

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC. et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHERISH INTERNATIONAL, INC., et al.<br><br>　　　　Defendants. | Case No. CV 09-00156 CBM (JCx)<br><br><br>INJUNCTION |

　　The matter before the Court is Plaintiffs Adidas America, Inc. and Adidas AG's (collectively, "Adidas") Motion for Default Judgment Against Defendant Bao Xin Xu, individually and d/b/a Cherish Isle International Inc. ("Xu"). [Doc. No. 34.] Upon consideration of the papers and arguments presented, and good cause appearing, IT IS HEREBY ORDERED THAT:

　　Xu and all his agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Xu or in concert or participation with Xu, and each of them, be PERMANENTLY ENJOINED and RESTRAINED, from:

1. Manufacturing, selling, offering for sale, advertising, promoting, distributing, or displaying the Infringing Footwear depicted in Paragraph 27 of Adidas' Second Amended Complaint; and

2. Manufacturing, selling, offering for sale, advertising, promoting, distributing, or displaying any other footwear bearing the Three-Stripe Mark (as defined in Adidas' Second Amended Complaint) or any other confusingly similar imitation of Adidas' Three-Stripe Mark, including any footwear having a design, mark, or feature on the side of the upper part of the footwear that consists of (1) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Trademark Registrations identified in the Second Amended Complaint) with one additional stripe; or (2) the Three-Stripe Mark (in a similar position, size and spacing as depicted in the Trademark Registrations identified in the Second Amended Complaint) with one fewer stripe.

IT IS SO ORDERED.

DATED: July 17, 2009

By _____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE