NO JS-6

FILED
CLERK U.S. DISTRICT COURT
JUL 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC. et al., | Case No. CV 09-00156 CBM (JCx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CHERISH INTERNATIONAL, INC., et al. | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 58, and consistent with this Court's Order of July 17, 2009 granting Plaintiffs Adidas America, Inc. and Adidas AG's "Motion for Default Judgment Against Defendant Bao Xin Xu, individually and d/b/a Cherish Isle International Inc.", IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs Adidas America, Inc. and Adidas AG, against Defendant Bao Xin Xu.

IT IS SO ORDERED.

DATED: July 17, 2009    By _____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1