FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHERISH INTERNATIONAL, INC., et al.<br><br>Defendants. | Case No. CV 09-00156 CBM (JCx)<br><br>PERMANENT INJUNCTION ON CONSENT |

    The matter before the Court is Plaintiffs Adidas America, Inc. and Adidas AG's (collectively, "Adidas") and Defendants Dun Huang International Trading, Inc., Jeair Shoes Inc., and Jian Qiang Liu's (collectively, the "DHI Defendants") "Proposed Final Judgment and Permanent Injunction On Consent." [Doc. No. 46.] Good cause appearing, and the parties having consented, IT IS HEREBY ORDERED THAT:

    The DHI Defendants, their officers, directors, agents, servants, employees, representatives, successors, assigns and all others acting under their permission or authority or in concert therewith are PERMANENTLY ENJOINED and

1

RESTRAINED from:

Producing, manufacturing, distributing, marketing, advertising, promoting, licensing, selling, or offering for sale any footwear bearing Adidas's Three-Stripe Mark, as identified in Paragraphs 14 - 26 of the Second Amended Complaint in this case, or any design, mark, or feature that is confusingly similar to the Three-Stripe Mark, including the footwear identified in the Second Amended Complaint and depicted below:







/
/
/
/
/

1     The Court shall have continuing jurisdiction to enforce the provisions of the
2 permanent injunction entered herein.

4     IT IS SO ORDERED.

6 DATED: October 19, 2009                 By _____
7                                                           CONSUELO B. MARSHALL
                                                          UNITED STATES DISTRICT JUDGE