JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC. et al., | Case No. CV 09-00156 CBM (JCx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CHERISH INTERNATIONAL, INC., et al. | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 58, and consistent with Defendants Dun Huang International Trading, Inc., Jeair Shoes Inc., and Jian Qiang Liu's Offer of Judgment, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs Adidas America, Inc. and Adidas AG, and against Defendants Dun Huang International Trading, Inc., Jeair Shoes Inc., and Jian Qiang Liu in the amount of ten thousand dollars ($10,000.00), which amount is inclusive of prejudgment interest, costs, and attorneys' fees.

IT IS SO ORDERED.

DATED: October 19, 2009

By _____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE